# DISTRICT COURT OF THE VIRGIN ISLANDS

## DIVISION OF ST. CROIX

| | |
|---|---|
| **YOLANDA ADAMS,** | |
| Plaintiff, | 2004-CV-0053 |
| v. | |
| **FORD MOTOR CO.,** | |
| Defendant. | |

TO:   Vincent A. Colianni, Esq.
      Daryl C. Barnes, Esq.

### ORDER

THIS MATTER came before the Court for hearing on May 13, 2008, regarding certain juror correspondence to the Court relating post-verdict contact by counsel for Plaintiff. Thereafter, the Court allowed counsel to file any written memoranda. Counsel for each party submitted a memorandum, and the Court has reviewed those documents.

Having heard and read the representations of counsel and upon due consideration thereof, the Court finds that Vincent A. Colianni, Sr., has engaged in misconduct by his post-verdict communication with a juror in contravention of American Bar Association Model Rule of Professional Conduct 3.5(c). While the Court declines to disbar, suspend, or reprimand counsel as authorized by LRCi 83.2(b)(3) at this juncture or initiate

*Adams v. Ford Motor Co.*
2004-CV-0053
Order
Page 2

disciplinary proceedings by the Court itself pursuant to LRCi 83.2(b)(5), the Court will refer this matter to the Virgin Islands Bar Association for formal investigation and disciplinary proceedings.

    Accordingly, it is now hereby **ORDERED** that this matter is referred to the Virgin Islands Bar Association for formal investigation and such other disciplinary action as the findings warrant.

                                                    ENTER:

Dated: May 27, 2008                                    /s/
                                                      GEORGE W. CANNON, JR.
                                                      U.S. MAGISTRATE JUDGE