## DISTRICT COURT OF THE VIRGIN ISLANDS

## DIVISION OF ST. CROIX

| | | |
|---|---|---|
| **YOLANDA ADAMS,** | | |
| **Plaintiff,** | ‖ | 2004-CV-0053 |
| v. | ‖ | |
| **FORD MOTOR CO.,** | ‖ | |
| **Defendant.** | ‖ | |

TO:  Vincent A. Colianni, Esq.
    Thomas Alkon, Esq.
    Daryl C. Barnes, Esq.

## ORDER

THIS MATTER came before the Court upon counsel for Plaintiff's telephone contact with the undersigned *directing* the Court to place the order (Docket No. 302), entered May 27, 2008, under seal. The undersigned advised said counsel that any such *request* should be submitted in writing in the form of a motion. Thereafter, said counsel filed a Motion to Seal Order (Docket No. 303). Counsel for Defendant filed an opposition to said motion. A hearing was held May 29, 2008. Thomas Alkon, Esq., represented Plaintiff and counsel for Plaintiff; and Daryl C. Barnes, Esq., appeared on behalf of Defendant. Vincent A. Colianni, Sr., Esq., also was present.

*Adams v. Ford Motor Co.*
2004-CV-0053
Order
Page 2

Having reviewed the motion and opposition and heard the arguments of counsel, the Court finds that nothing therein persuades the Court that sealing the order at issue is required. While counsel for Plaintiff points to the fact that the correspondence from the juror that was the catalyst for the order at issue was placed under seal by the Court, such action was taken to protect the juror. Such protection is required where jurors are members of the community fulfilling a civic duty and may be called on again to so act.

Although counsel for Plaintiff maintains that sealing the said order is similarly warranted to protect the attorney's reputation, the Court finds that nothing in the said order negatively affects said attorney's reputation. Even if the order arguably could be read to affect said attorney's reputation, the Court finds that the instructive value of the order to the general membership of the bar is an overriding interest. Moreover, no other document or proceeding associated with this juror-contact issue has been sealed or asked by said counsel to be sealed. This fact further supports the Court's finding that sealing of the order is unnecessary.

Accordingly, it is now hereby **ORDERED** that counsel for Plaintiff's Motion to Seal Order (Docket No. 303) is **DENIED**.

*Adams v. Ford Motor Co.*
2004-CV-0053
Order
Page 3

                                                               ENTER:

Dated: May 29, 2008                                      /s/
                                                   GEORGE W. CANNON, JR.
                                                   U.S. MAGISTRATE JUDGE